Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

# UNITED STATES DISTRICT COURT
2019 AUG -2 PM 2:05

for the

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

CENTRAL District of CALIFORNIA

BY _____

EASTERN Division

EDCV19-01443 JVS (KK)

Case No. _____

*(to be filled in by the Clerk's Office)*

Bass, Quinn D.B.A. Quinn S. Bass

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

SAN BERNARDINO COUNTY SHERIFF'S
DEPT. RESPONDER Defendant(s) SUPERIOR et al
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

INJ
IG4
IFP

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Bass, Quinn D.B.A. Quinn S. Bass
   Street Address: c/o P.O. Box 166
   City and County: Highland, San Bernardino
   State and Zip Code: California 92346
   Telephone Number: (N/A)
   E-mail Address: THEREALEST_EVER@YAHOO.COM

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: SHERIFF JOHN MCMAHON (RESPONDEAT SUP.)
- Job or Title (if known): SHERIFF OF SAN BERNARDINO COUNTY
- Street Address: 655 E 3RD ST. 8
- City and County: SAN BERNARDINO, SAN BERNARDINO
- State and Zip Code: CALIFORNIA 92415
- Telephone Number: (909) 884-0156
- E-mail Address (if known):

Defendant No. 2
- Name: CRAIG, KELLY #B5842 (RESPONDEAT SUPERIOR)
- Job or Title (if known): SGT./DEPUTY FOR THE SAN BERN. COUNTY SHER.
- Street Address: 655 E. 3RD ST
- City and County: SAN BERNARDINO, SAN BERNARDINO
- State and Zip Code: CALIFORNIA 92415
- Telephone Number: (909) 884-0156
- E-mail Address (if known):

Defendant No. 3
- Name: REVELES # C9640 (RESPONDEAT SUP.)
- Job or Title (if known): DEPUTY FOR THE SAN BERNARDINO COUNTY SHERIFF'S
- Street Address: 655 E. 3RD ST.
- City and County: SAN BERNARDINO, SAN BERNARDINO
- State and Zip Code: CALIFORNIA 92415
- Telephone Number: (909) 884-0156
- E-mail Address (if known):

Defendant No. 4
- Name: SAN BERNARDINO POLICE DEPT. (RESPONDEAT SUPERIOR) S.B.P.D. RESPONDEAT SUPERIOR
- Job or Title (if known):
- Street Address: 710 N. D ST
- City and County: SAN BERNARDINO, SAN BERNARDINO
- State and Zip Code: CALIFORNIA 92401
- Telephone Number: (909) 384-5742
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question  [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. DEFENDANTS ARE IN VIOLATION OF 1ST AMENDMENT, 4TH AMENDMENT, 5TH AMENDMENT, 8TH AMENDMENT, 9TH AMENDMENT, 18 USC §245, 18 U.S.C. §245, 42 U.S.C. §1983, 42 U.S.C. 1985

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Bass, Quinn D.B.A., is a ~~citizen~~ LIVING SOUL DOMICILED IN the State of *(name)* CALIFORNIA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* QUINN SHINDA BASS is incorporated under the laws of the State of *(name)* CALIFORNIA CONSTITUTION OF 1849.
      and has its principal place of business in the State of *(name)* CALIFORNIA.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* JOHN MCMAHON, KELLY, CRAIG, REVELES, is a citizen of the State of *(name)* CALIFORNIA. Or is a citizen of *(foreign nation)* UNITED STATES INC.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, (name) THE CITY AND COUNTY of SAN BERNARDINO, is incorporated under the laws of the State of (name) CALIFORNIA CONSTITUTION of 1849 and has its principal place of business in the State of (name) CALIFORNIA.
Or is incorporated under the laws of (foreign nation) UNITED STATES,
and has its principal place of business in (name) CALIFORNIA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: AN AFFIDAVIT of TRUTH ALONG WITH A WAIVER OF TORT WAS PRESENTED 3 TIMES BY CALIFORNIA NOTARY IN THE AMOUNT OF $10,000 A DAY IN CREDIT USD DATED BACK FROM 29 MARCH 2019 TO 01 JULY 2019 INCLUDING COMPENSATORY AND PUNITIVE DAMAGES IN EACHS PRIVATE AND PUBLIC CAPACITY.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

IN PARKING LOT OF SAM'S BARGAIN LOCATED AT 25356 BASELINE ST, SAN BERNARDINO, CA 92410

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

29 MARCH 2019 APPROX: 5:00PM

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* MY WIFE (NORMA BASS'S) AND I UNALIENABLE RIGHTS; PROTECTED BY, THE ORGANIC UNITED STATE CONSTITUTION AND CALIFORNIA STATE CONSTITUTION OF 1849 WERE VIOLATED ON MARCH 29th 2019 BY SHERIFF DEPUTIES (SGT CRAIG, KELLY #B5842, AND DEP. REVELES #C9640) MAKING CONTACT WITH US WHILE PARKED IN OUR PRIVATE AUTOMOBILE WITH NO PROBABLE CAUSE (INSURED PARTY, EMERGENCY) AND/OR WARRANT SIGNED BY A JUDGE. FORCING US OUT AT GUN POINT, INJURING ME (HOSPITALIZED WITH PEPPER SPRAY & SPRAIN WRIST BEFORE BEING BOOKED FOR FELONY RESISTING ARREST

IV.   **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. BESIDES THE MENTAL ANGUISH, AND LOSS OF TIME AND WAGES, PROPERTY; FURTHERMORE, IT'S THE STEREOTYPE YOU PUT ON MY PEOPLE. THE POTENTIAL THREAT OF BEING INJURED AND/OR KILLED BY LAW ENFORCEMENT UNFORTUNATELY SEEMS MORE LIKELY TODAY. ON THE DAY OF QUESTION SAN BERNARDINO POLICE DEPT. WAS CONDUCTING A GANG/SMASH SWEEP. IN THERE PROTOCOL WHAT GIVES AGENTS RIGHTS TO RACIAL PROFILE WITH NO PROBABLE CAUSE

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I GAVE THE COUNTY OF SAN BERNARDINO SHERIFF'S DEPT., RESPONDEAT SUPERIOR, SAN BERNARDINO POLICE DEPT., RESPONDEAT SUPERIOR, HAYES TOWING INC. PLENTY OF TIME TO RETURN MY PRIVATE AUTOMOBILE AT NO FEE AS WELL AS DISMISS THE FELONY RESISTING ARREST CHARGE (WITH NO INITIAL CHARGE) WITH EXTREME PREJUDICE PRIOR TO PRESENTING THE AFFIDAVIT OF TRUTH AND NOTICE OF TRUE BILL AND WAIVER OF TORT THROUGH NOTARY PUBLIC.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02 AUG 2019

Signature of Plaintiff: By: [signature] UCC 1-308 W.O.P. / WITHOUT UNITED STATES / WITHOUT RECOURSE

Printed Name of Plaintiff: Bass, Quinn D.B.A. QUINN SHINOA BASS    sui ju

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address