UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINN S. BASS,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARNDINO COUNTY SHERIFFS DEPT., ET AL.,<br><br>Defendant(s). | Case No. EDCV 19-1443-JVS (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT

(1) the following claims shall be DISMISSED with prejudice and without leave to amend: (a) all claims pursuant to 18 U.S.C. § 242, 245 and 42 U.S.C. § 1985; (b) all claims pursuant to 42 U.S.C. § 1983 ("Section 1983") against defendant City of San Bernardino Police Department and defendants McMahon, Craig, and Reveles in their official capacity; and (c) all Section 1983 claims against defendant McMahon in his individual capacity;

(2) all Section 1983 claims against defendant Hayes Towing shall be DISMISSED without prejudice and without leave to amend;

(3) the Motions to Dismiss filed by defendants City of San Bernardino Police Department and Hayes Towing are DENIED as MOOT; and

(4) the Motion to Dismiss seeking to quash service of process filed by defendants McMahon, Craig, and Reveles is GRANTED.

The Court will issue a separate order regarding service of the remaining Section 1983 claims on defendants Craig and Reveles in their individual capacity.

Dated: February 25, 2020

HONORABLE JAMES V. SELNA
United States District Judge